UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 17-20460-WILLIAMS

BELLEVIEW BILTMORE
PARTNERS, LLC,

    Plaintiff,

vs.

LUIS ARCEVADO CASIANO, et al.,

    Defendants.
_____/

## ORDER ENTERING FINAL JUDGMENT AND CLOSING CASE

**THIS MATTER** is before the Court following entry of its Order (DE 27) granting in part and denying in part (DE 23) Plaintiff's motion for final default judgment. As explained in the Order and in Magistrate Judge Torres's Report & Recommendation (DE 26), which has been affirmed and adopted in its entirety, the Court enters judgment as follows:

    1.    Judgment is entered in favor of Plaintiff Belleview Biltmore Partners, LLC, and against Defendants Noah McArthur, Luis Casiano, and Sandra Sims, jointly and severally, in the amount of $197,950.00, plus post judgment interest according to law from the date of this judgment until the entire amount is paid, for which let execution issue.

    2.    Judgment is entered in favor of Plaintiff Belleview Biltmore Partners, LLC, and against Defendants Noah & Associates and Global Energy Funding Financial Group, jointly and severally, in the amount of $593,850.00, plus post judgment interest according to law from the date of this judgment until the entire amount is paid, for which let execution issue.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of April, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE